Stuart M. Grant
Megan D. McIntyre
James R. Banko
GRANT & EISENHOFER P.A.
1201 North Market Street
Wilmington, Delaware 19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7100
*Co-Lead Counsel for Lead Plaintiffs and the Class*

Kevin P. Roddy
WILENTZ, GOLDMAN
  & SPITZER, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey 07095-0958
Telephone: (732) 636-8000
Facsimile: (732) 726-6686
*Local Counsel for Lead Plaintiffs and the Class*

Thomas A. Dubbs
Ira A. Schochet
David J. Goldsmith
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
*Co-Lead Counsel for Lead Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| IN RE ABLE LABORATORIES SECURITIES LITIGATION | : : : : | CIVIL ACTION<br>NO: 05-CV-2681 (JAG) (MCA) |

**LEAD PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF SETTLEMENT, FOR PRELIMINARY CLASS CERTIFICATION,
FOR APPROVAL OF FORM AND MANNER OF
<u>NOTICE, AND FOR SETTING OF FINAL FAIRNESS HEARING</u>**

Lead Plaintiffs Denver Employees Retirement Plan and Deka International (Ireland) Limited ("Lead Plaintiffs") respectfully move this Court for an order: (1) preliminarily approving the proposed settlement of this action as within the range of possible fairness, reasonableness and adequacy; (2) preliminarily certifying the action as a class action; (3) approving the form and manner of the proposed Notice and Summary Notice to be disseminated to prospective class

members; and (4) setting a date and time for the hearing regarding final approval of the Settlement, Plan of Allocation, class certification, and class counsel's application for attorneys' fees and expenses.

The grounds for this motion are set forth in the accompanying memorandum of law and in the Stipulation and Agreement of Settlement filed contemporaneously herewith (with exhibits). A proposed Preliminary Approval Order is attached hereto as Exhibit 1.

Dated: January 4, 2010                     By:      /s/ James R. Banko
                                                    Stuart M. Grant
                                                    Megan D. McIntyre
                                                    James R. Banko
                                                    GRANT & EISENHOFER P.A.
                                                    1201 North Market Street
                                                    Wilmington, Delaware 19801
                                                    Telephone: (302) 622-7000
                                                    Facsimile: (302) 622-7100
                                                    *Co-Lead Counsel for*
                                                    *Lead Plaintiffs and the Class*

                                                    Thomas A. Dubbs
                                                    Ira A. Schochet
                                                    David J. Goldsmith
                                                    LABATON SUCHAROW LLP
                                                    140 Broadway
                                                    New York, New York 10005
                                                    Telephone: (212) 907-0700
                                                    Facsimile: (212) 818-0477
                                                    *Co-Lead Counsel for*
                                                    *Lead Plaintiffs and the Class*

                                                    Kevin P. Roddy
                                                    WILENTZ, GOLDMAN
                                                      & SPITZER, P.A.
                                                    90 Woodbridge Center Drive
                                                    Suite 900, Box 10
                                                    Woodbridge, New Jersey 07095-0958
                                                    Telephone: (732) 636-8000
                                                    Facsimile: (732) 726-6686
                                                    *Local Counsel for*
                                                    *Lead Plaintiffs and the Class*