Stuart M. Grant
Megan D. McIntyre
GRANT & EISENHOFER P.A.
1201 North Market Street
Wilmington, Delaware  19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7100

Ira A. Schochet
David J. Goldsmith
LABATON SUCHAROW LLP
140 Broadway
New York, New York  10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Co-Lead Counsel for*
*Lead Plaintiffs and the Class*

Kevin P. Roddy
WILENTZ, GOLDMAN
   & SPITZER, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey  07095
Telephone: (732) 636-8000
Facsimile: (732) 726-6686

*Local Counsel for*
*Lead Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE ABLE LABORATORIES SECURITIES LITIGATION | Master File No. 05-CV-2681 (GEB) (MCA) |

**LEAD PLAINTIFFS' MOTION FOR APPROVAL
OF FINAL DISPOSITION OF NET REVERTER FUND**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure and this Court's February 22, 2011 Order Concerning Distribution of Net Settlement Fund and Related Matters (the "Distribution Order," ECF No. 225), Lead Plaintiffs Denver

Employees Retirement Plan and Deka International (Ireland) Limited (together, "Lead Plaintiffs") hereby move this Court for an Order authorizing The Garden City Group, Inc., the Claims Administrator, to dispense with a second distribution of the Net Reverter Fund and to donate the approximately $3,500 balance remaining in the Net Reverter Fund to the American Red Cross, a private, nonpartisan, not-for-profit organization.

    This motion is premised on the accompanying supporting memorandum of law and Declaration of Stephen J. Cirami Regarding Status of the Net Reverter Fund, dated May 17, 2013, and all prior papers and proceedings in this action.

    A proposed order is submitted herewith.

Dated: May 20, 2013                              Respectfully submitted,

                                               LABATON SUCHAROW LLP

                                By:   */s/ David J. Goldsmith*
                                        Ira A. Schochet
                                        David J. Goldsmith
                                        140 Broadway
                                        New York, New York 10005
                                        Telephone: (212) 907-0700
                                        Facsimile: (212) 818-0477

        Stuart M. Grant
        Megan D. McIntyre
        GRANT & EISENHOFER, P.A.
        1201 North Market Street
        Wilmington, Delaware 19801
        Telephone: (302) 622-7000
        Facsimile: (302) 622-7100

        *Co-Lead Counsel for*
        *Lead Plaintiffs and the Class*

        Kevin P. Roddy
        WILENTZ, GOLDMAN
          & SPITZER, P.A.
        90 Woodbridge Center Drive
        Suite 900, Box 10
        Woodbridge, New Jersey 07095-0958
        Telephone: (732) 636-8000
        Facsimile: (732) 726-6686

        *Local Counsel for*
        *Lead Plaintiffs and the Class*

<u>Certificate of Service</u>

I hereby certify that on May 20, 2013, I caused the foregoing Lead Plaintiffs' Motion for Approval of Final Disposition of Net Reverter Fund to be filed with the Court via CM/ECF, which will send notification of such filing to all counsel registered to receive such notice.

<i>/s/ David J. Goldsmith</i><br>David J. Goldsmith